# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFERY DEAN KING, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-14-57-M |
| CHAD MILLER, Warden, | ) |
| Respondent. | ) |

## ORDER

On February 10, 2014, United States Magistrate Judge Gary Purcell issued a Report and Recommendation in this action. The Magistrate Judge recommended that petitioner's motion for leave to proceed in forma pauperis be denied and that petitioner be ordered to prepay the full filing fee for this action to proceed. On February 12, 2014, petitioner paid the $5 filing fee.

Upon de novo review, the Court:

1. ADOPTS the Report and Recommendation [docket no. 7] issued by the Magistrate Judge on February 10, 2014, and

2. DENIES petitioner's motion for leave to proceed in forma pauperis [docket no. 1-2].

3. RECOMMITS this matter to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 7th day of March, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE