# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFFERY DEAN KING, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-14-57-M |
| ) | |
| CHAD MILLER, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On March 7, 2014, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed upon filling without prejudice for lack of jurisdiction. Petitioner was advised of his right to object to the Supplemental Report and Recommendation by March 27, 2014. On March 31, 2014, petitioner filed his objection.

Having carefully reviewed this matter de novo, the Court:

1. ADOPTS the Supplemental Report and Recommendation [docket no. 10] issued by the Magistrate Judge on March 7, 2014, and

2. DISMISSES petitioner's petition for a writ of habeas corpus upon filing without prejudice for lack of jurisdiction.

**IT IS SO ORDERED this 1st day of May, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE